**Order entered February 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00519-CV

### IN THE MATTER OF A.A., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-75173-X**

## ORDER

By order entered January 22, 2014, we abated the appeal to allow the trial judge to conduct a hearing to determine whether appellant desires to prosecute the appeal. Because we have received a letter from the trial judge containing the necessary information, we **REINSTATE** the appeal.

We **ADOPT** the trial court's findings that (1) appellant and her mother were notified of the hearing and directed to appear; and (2) failed to appear. We conclude, therefore, appellant has abandoned her appeal.

The appeal will be disposed of in due course.

/s/    ELIZABETH LANG-MIERS
       JUSTICE